# RECORD IMPOUNDED

**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1279-24

K.R.,[1]

    Plaintiff-Respondent,

v.

R.R.,

    Defendant-Appellant.

_____

Submitted February 24, 2026 – Decided July 15, 2026

Before Judges Rose and Torregrossa-O'Connor.

On appeal from the Superior Court of New Jersey, Chancery Division, Family Part, Passaic County, Docket Nos. FV-16-0272-25 and FV-16-0295-25.

R.R., self-represented appellant.

Enrico Luciano, attorney for respondent.

PER CURIAM

---

[1] We use initials to protect the domestic violence victim's privacy and the confidentiality of these proceedings. R. 1:38-3(d)(10).

In this domestic violence matter, we have been advised appellant died during pendency of the appeal. As a result, the challenge to the permanent restraints entered against him is rendered moot. Accordingly, the appeal is dismissed with prejudice.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

*M.C. Harley*

Clerk of the Appellate Division

A-1279-24